[Return envelope with handwritten markings]

Middle District ...
U.S. Courtho...
P.O. Box 711
Montgomery, AL 36101

Romero Trucking, Inc.
c/o Rauls Romero, Authorized Agent
1390 ... Highway ... Bypass
Prattville, AL 36...

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

7004 2510 0002 6128 3786

RECEIVED
JUN 30 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PB865229 3
JUN 30 05
BIRMINGHAM, AL 26
35203

Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

KELLY M. BERRY

       PLAINTIFF,

V.

ROMERO TRUCKING, INC.

       DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:05 cv 625-B

TO: (Name and address of Defendant)

Romero Trucking, Inc.
c/o Rauls Romero, Authorized Agent
1390 – D  Highway 82 Bypass E
Prattville, AL  36067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

David R. Arendall
Stephanie S. Woodard
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue
Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*[signature]*

(By) DEPUTY CLERK

7/18/05

DATE