Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

KELLY M. BERRY

PLAINTIFF,

V.

ROMERO TRUCKING, INC.

DEFENDANT.

ALIAS

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:05-cv-625-B

TO: (Name and address of Defendant)

Romero Trucking, Inc.
c/o Any Officer or Agent
367 G & S Road
Prattville, AL 36067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

David R. Arendall
Stephanie S. Woodard
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*[signature]*

(By) DEPUTY CLERK

7/21/05

DATE