## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **KELLY M. BERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV625-B |
| | ) |
| **ROMERO TRUCKING, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Proc. 7.1(a), Romero Trucking, Inc. ("Romero"), files the following corporate disclosure statement.

1. Romero does not have a subsidiary or parent corporation.

2. No publicly held corporation owns 10 percent or more of Romero's stock.

Dated this 12th day of August, 2005.

                                                s/ *Charles A. Powell, III*
                                              Charles A. Powell, III (ASB-6957-E68C)

                                              *s/ Heather F. Lindsay*
                                              Heather F. Lindsay (ASB-0629-D64H)

                                              Attorneys for Defendant,
                                              Romero Trucking, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David R. Arendall
Stephanie S. Woodard
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Al 35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                          Respectfully submitted,

                          s/ ***Heather F. Lindsay***
                          Heather F. Lindsay
                          Johnston Barton Proctor & Powell LLP
                          2900 AmSouth/Harbert Plaza
                          1901 Sixth Avenue North
                          Birmingham, Alabama 35203-2618
                          Telephone:  (205) 458-9400
                          Facsimile:  (205) 458-9500
                          E-mail:  hfl@jbpp.com
                          Attorney Bar No.:  ASB-0629-D64H