**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 7, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:  Kelkly M. Berry    vs.  Romero Trucking, Inc.
Civil Action No.  2:05-cv-625(B)

The above-styled case has been  reassigned to  Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-625(F).  This new case number should be used on all future correspondence and pleadings in this action.