IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KELLY M. BERRY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:05-cv-625-B |
| | ) | |
| ROMERO TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please take notice that Sonya E. Eubank of Johnston Barton Proctor & Powell LLP, 2900 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618 hereby enters her appearance as additional counsel for the defendant Romero Trucking, Inc.

Sonya E. Eubank
ASB-8848-S73E

OF COUNSEL:

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Notice of Appearance was served via United States Mail on the following counsel of record:

David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203
Ph: 205-252-1550
Fax: 205-252-1556

On this the 17 day of November 2005.

*Sonya E. Eubank*
Of Counsel