# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KELLY M. BERRY** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No.: 2:05-cv-625-F** |
| | ) |
| **ROMERO TRUCKING, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Romero Trucking, Inc. and Plaintiff Kelly M. Berry jointly move the Court to enter the attached protective order. In support of this motion, the parties state as follows:

1. The parties have jointly agreed to the entry of the attached order.

2. The parties have agreed to produce certain documents containing confidential and/or proprietary information. The attached protective order will preserve the confidentiality of these documents.

WHEREFORE, the parties jointly move the Court to enter the attached order.

Respectfully submitted this 21th day of December 2005.

<div style="display: flex;">
<div>

s/David R. Arendall
David R. Arendall
Stephanie S. Woodard
Allen D. Arnold
Attorneys for Defendant
Kelly M. Berry
**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, Alabama  35203
(205) 252-1550

</div>
<div>

s/Sonya E. Eubank
Heather F. Lindsay
Sonya E. Eubank
Attorneys for Defendant
Romero Trucking, Inc.
**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 458-9400

</div>
</div>