IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELLY M. BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-625-WKW |
| | ) |
| ROMERO TRUCKING, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree that the above-styled action may be dismissed with prejudice, with each party to bear her or its own costs.

Dated this 8th day of May, 2006

_____
Allen D. Arnold
David R. Arendall
Arendall & Associates
2018 Morris Avenue
Birmingham, Alabama 35203
(205) 252-1550
Fax: 252-1556
E-mail: ada@arendalllaw.com
E-mail: dra@arendalllaw.com
*Attorneys for Plaintiff Kelly M. Berry*

/s/ Sonya E. Eubank
Heather F. Lindsay (ASB-0629-D64H)
Sonya E. Eubank (ASB-8848-S73E)
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Fax: (205) 458-9500
E-mail: hfl@jbpp.com
E-mail: see@jbpp.com
*Attorneys for Defendant*
*Romero Trucking, Inc.*

W0549615.DOC

2