IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELLY M. BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05-cv-625-WKW |
| | ) |
| ROMERO TRUCKING, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties filed a Stipulation of Dismissal With Prejudice (Doc. # 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE